## AFFIDAVIT

I, Brittany L. Deichmann, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (hereafter referred to as "FBI") and have been since January 8, 2017, and am currently assigned to the Jackson Division of the FBI. While employed by the FBI, I have assisted in investigating federal criminal violations related to child exploitation, child pornography, armed robberies, carjacking, bank robberies, homicides and other violent crimes. I have gained experience through training opportunities and everyday work related to conducting these types of investigations. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

2. Along with other FBI Agents and Task Force Officers, I am involved in the investigation of **Stephen Donald Baucum Jr.** for violating Title 18, United States Code, Section 922(g)(1), which prohibits a person that has been convicted in any court of a crime punishable by imprisonment of a term exceeding one year from possessing a firearm.

3. Because this affidavit is being submitted for the limited purposes of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own personal knowledge, subject interviews, my review of reports, discussions I have had with other law enforcement officers, and other evidence.

## PROBABLE CAUSE

4. On June 21, 2021, members of the FBI Jackson Violent Crime Task Force (JNVCTF) were conducting surveillance in the vicinity of the Super 8 Motel located at 6058 Interstate 55 North, Jackson, Mississippi. Agents previously received information that Steven Donald Baucum Jr. (Baucum), date of birth October 24, 1989, was staying at the Super 8 Motel and driving a dark gray Honda Pilot with a paper tag. Agents were also aware that Baucum had an outstanding warrant from Mississippi Department of Corrections. At approximately 12:00 p.m., SA Terrel Allen observed Baucum exit the south side of the motel and walk to the driver's side door of the Honda Pilot with a paper tag. SA Allen initiated his emergency lights and drove behind the Honda Pilot to prevent it from leaving. SA Allen exited his vehicle (wearing a ballistic vest marked with "FBI" placards and armed with his service weapon) and began issuing commands to Baucum. SA Allen shouted, "FBI don't move" and Baucum complied. SA Allen commanded Baucum to put his hands in the air and Baucum complied. SA Allen commanded Baucum to walk towards him and Baucum was non-compliant. SA Allen grabbed Baucum by the straps of a backpack he was wearing and escorted him to the ground. While on the ground, Task Force Officer (TFO) Kevin Penn identified a firearm in Baucum's waistband. TFO Penn immediately handcuffed Baucum (behind his back) and removed the firearm from a black holster that was inside Baucum's waistband.

5. After Baucum was secured, TFO Penn cleared the firearm by removing the magazine and ejecting one live round of ammunition from the chamber. The firearm was identified as a Cobra, Model CA-380, caliber: 380 ACP, Serial Number: CP028037. The firearm was manufactured outside of Mississippi.

6. Baucum was later interviewed at the FBI Jackson Field Office. Baucum was read his Miranda Rights, waived them, and agreed to speak to Agents without a lawyer present. Baucum

confirmed he was carrying the Cobra Model CA-380 in a holster located inside of his waistband. Baucum also stated that he was a convicted felon. Agents later confirmed that Baucum has a 2017 felony conviction for possession of controlled substance in Rankin County.

## CONCLUSION

Based on the forgoing, your Affiant believes that probable cause exists showing Stephen Donald Baucum Jr. violated Title 18, United States Code, 922(g)(1), which prohibits a person that has been convicted in any court of a crime punishable by imprisonment of a term exceeding one year from possessing a firearm, and I respectfully request that the Court authorize a complaint charging Stephen Donald Baucum Jr. with the aforementioned offense and issue a warrant for his arrest.

BRITTANY DEICHMANN
SPECIAL AGENT
Federal Bureau of Investigation

Sworn and subscribed before me, this the 22nd day of June, 2021.

HONORABLE LAKEYSHA GREER ISAAC
UNITED STATES MAGISTRATE JUDGE